W. P. Cooney and T. S. Korshak, trading as Cooney & Korshak, defendants in error, v. Missouri, Kansas, Texas Railroad Company of Texas et al., plaintiffs in error. Gen. No. 35,008.

Opinion filed December 2, 1931. Rehearing denied December 22, 1931.

Leesman & Roemer, for plaintiffs in error. O'Connell, McGlinn & O'Gallagher, for defendants in error.

Mr. Justice Wilson delivered the opinion of the court.

The First National Bank of Palatine, appellant, v. Hahnemann Institutions of Chicago, Inc., appellee. Gen. No. 35,070.

Opinion filed December 2, 1931. Rehearing denied December 22, 1931.

William Annan Taylor, for appellant. Altheimer & Mayer, for appellee; Leo L. Weil and Charles Blumenfeld, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

Bernard McKiernan, appellant, v. Taylor & Lynch Cartage Company, appellee. Gen. No. 35,079.

Opinion filed December 2, 1931.

Morris A. Gold and Aaron R. Eppstein, for appellant. Sonnenschein, Berkson, Lautmann, Levinson & Morse, for appellee; Isaac E. Ferguson, of counsel.

Mr. Justice Wilson delivered the opinion of the court.